■ GLADYS KATZ, Appellant, v HARRY R. CANT et al., Defendants, and FRANK A. GUNTHER et al., Respondents.—Judgment, Supreme Court, New York County, entered November 29, 1977, unanimously reversed, on the law, and defendants-respondents' motion to dismiss the amended complaint denied, with $60 costs and disbursements of this appeal to appellant; appeal from order of the same court, entered October 28, 1977, which granted the motion upon which that judgment was entered, unanimously dismissed, as

subsumed in the judgment, without costs and without disbursements. Taking the allegations of the complaint at face value, as is to be done at this juncture, it does state a cause for the derivative relief which is sought in this shareholders' suit. It may well be that the complaint will not survive a motion for summary judgment, but that is not our concern at this moment. Concur—Murphy, P. J., Birns, Fein, Markewich and Sullivan, JJ.